# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER WALRAVEN                                                    PLAINTIFF
ADC #141110

v.                                    2:17CV00085-JLH

CITY OF WYNNE; *et al.*                                                DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 25th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1